IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Julian C. Torrez, | Case No. 3:16 CV 918 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Julian Torrez timely filed a Complaint (Doc. 1) against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision denying disability insurance benefits ("DIB") and supplemental security income ("SSI").

This case was referred to Magistrate Judge Jonathan Greenberg for a Report and Recommendation ("R&R") under Local Rule 72.2(b). Following briefing (Docs. 13, 15), the Magistrate Judge recommends this Court affirm the final decision of the Commissioner denying benefits (Doc. 16).

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R. Failure to file objections within the time frame set forth in the statute waives de novo review by the district court. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

Plaintiff's deadline for filing objections has passed, and no requests for extension have been received. The R&R accurately states the facts and law, and this Court adopts it in its entirety. Accordingly, the Commissioner's decision denying benefits is affirmed.

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

                                              February 24, 2017